

# IN THE
## TENTH COURT OF APPEALS

### No. 10-12-00319-CR

**FREDDIE LEE WALLACE,**

**Appellant**

**v.**

**THE STATE OF TEXAS,**

**Appellee**

### From the 272nd District Court
### Brazos County, Texas
### Trial Court No. 05-03424-CRF-272-E

## MEMORANDUM OPINION

Freddie Lee Wallace filed an article 11.07 petition for writ of habeas corpus. TEX. CODE CRIM. PROC. ANN. art. 11.07 (West Supp. 2012). The Court of Criminal Appeals dismissed it. In this proceeding, he now attempts to appeal the dismissal of his application for writ of habeas corpus by the Court of Criminal Appeals. By letter dated September 13, 2012, the Clerk of this Court notified Wallace that his appeal was subject to dismissal because it appeared this Court had no jurisdiction to review an appeal of the Court of Criminal Appeal's dismissal of an application for writ of habeas corpus.

Wallace was further warned that the Court would dismiss this appeal unless, within 21 days of the date of the letter, a response was filed showing grounds for continuing the appeal. Wallace filed a response but it does not show grounds for continuing the appeal.

We only have jurisdiction of a criminal proceeding when expressly provided by law. *Abbott v. State*, 271 S.W.3d 694, 696-697 (Tex. Crim. App. 2008). Wallace has not directed our attention to any statue or constitutional provision that gives us jurisdiction of the proceeding, and we are aware of none.

This appeal is dismissed. *See* TEX. R. APP. P. 44.3.


TOM GRAY
Chief Justice

Before Chief Justice Gray,
     Justice Davis, and
     Justice Scoggins
Appeal dismissed
Opinion delivered and filed October 25, 2012
Do not publish
[CR25]